O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA LEE MUNOZ, | NO. EDCV 14-294-MAN |
| Plaintiff, | |
| v. | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 9, 2015

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE